UNITED STATE DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

United States of America )
)
v. )   Case No. CR 110817 (ES)
)
SIVAN SAADI )
)

## AMENDED ORDER UPON CONSENT SETTING CONDITIONS OF RELEASE

1. The defendant herein, Sivan Saadi, has been convicted, under a plea agreement under 21 U.S.C. Sect. 841 (a) (1) and (b) (1) (C). Sentencing has been adjourned without a new date to allow Mr. Saadi to apply for admission to a drug addiction treatment facility.

2. Previously, on October 4, 2010, Mr. Saadi had been released on a $200,000 unsecured appearance bond and subsequently remanded on a bail violation on February 7, 2012.

3. With the knowledge and consent of the Prosecutor's office, the defendant applied for admission, and has been accepted into the Chabad Residential Treatment Center located at 5675 West Olympic Boulevard, Los Angeles, California 90036 (tel. 323-965-1365).

4. The Prosecutor's Office has no objection to Mr. Saadi's sentence being further postponed to allow Mr. Saadi to be released in order to enter the aforesaid Chabad treatment center. Said release subject to the conditions and Order outlined below.

5. Pretrial Services has been informed, and undertook an independent inquiry into the Chabad Treatment Center and has determined that the facility is appropriate for treating Mr. Saadi's addiction. Pretrial Services has no objection to Mr. Saadi being released in order to enter the facility subject to the Order and conditions outlined below.

Pursuant to the facts outlined above, the Prosecutor's office and Pretrial Services hereby Consent to the release of Mr. Saadi, subject to the following terms and conditions, and

IT IS ORDERED that the defendant's release is subject to these conditions:

1. Within forty eight hours from his release Mr. Saadi must enter the Chabad Residential Treatment Center.

2. Any costs of his transportation to and from the Chabad Residential Treatment Center, and the costs associated with admission into the program, must be paid by funds supplied by him and/or his friends and family. It is understood that the Government will have no obligation to pay any costs associated with either his transportation or treatment.

3. Once Mr. Saadi enters the program he may not leave the facility for any reason, other than for emergency medical reasons, without the permission of the Court. Should Mr. Saadi leave for any reason, notice must be given to the Prosecutor's office.

    a. Mr. Saadi may leave the facility to participate in community based treatment programs such as NA or AA meetings; to visit with mental health provider with prior approval of Pretrial Services; or other activities as approved by Pretrial Services".

4. Upon entry into the Chabad Residential Treatment Center Mr. Saadi must successfully complete the program.

5. Mr. Saadi must continue to follow all of the rules and conditions placed upon him by Pretrial Services and all other conditions of his release under the unsecured appearance bond shall remain in full force and effect.

6. Mr. Saadi must not violate any federal, state, or local law while on release.

7. Mr. Saadi must advise the Court or the pretrial service office or supervising officer in writing before he is permitted to leave the Chabad Residential Treatment Center.

8. Mr. Saadi must appear in Court as required and, when requested, must surrender as directed to be sentenced under the aforementioned plea.

Consent to the above is hereby given;

_____
United States Attorney's Office, by
Sharon Ashe, Esq.


Pretrial Services, by
Jennifer Pace

*[signature]*
_____

So Ordered

_____
Hon. Esther Salas, U.S.D.C, U.S.D.C.

Dated:

2. Any costs of his transportation to and from the Chabad Residential Treatment Center, and the costs associated with admission into the program, must be paid by funds supplied by him and/or his friends and family. It is understood that the Government will have no obligation to pay any costs associated with either his transportation or treatment.

3. Once Mr. Saadi enters the program he may not leave the facility for any reason, other than for emergency medical reasons, without the permission of the Court Should Mr. Saadi leave for any reason, notice must be given to the Prosecutor's office.

   a. Mr. Saadi may leave the facility to participate in community based treatment programs such as NA or AA meetings; to visit with mental health provider with prior approval of Pretrial Services; or other activities as approved by Pretrial Services".

4. Upon entry into the Chabad Residential Treatment Center Mr. Saadi must successfully complete the program.

5. Mr. Saadi must continue to follow all of the rules and conditions placed upon him by Pretrial Services and all other conditions of his release under the unsecured appearance bond shall remain in full force and effect.

6. Mr. Saadi must not violate any federal, state, or local law while on release.

7. Mr. Saadi must advise the Court or the pretrial service office or supervising officer in writing before he is permitted to leave the Chabad Residential Treatment Center.

8. Mr. Saadi must appear in Court as required and, when requested, must surrender as directed to be sentenced under the aforementioned plea.

Consent to the above is hereby given;

_____   4/3/13
United States Attorney's Office, by
Sharon Ashe, Esq.


Pretrial Services, by
Jennifer Pace


So Ordered
_____
Hon. Esther Salas, U.S.D.C, U.S.D.C.

Dated: 4/4/13